MAY 18, 2005

No. 04–8831. MCNEILL v. CURRIE ET AL. C. A. 4th Cir. Cer-
tiorari dismissed under this Court's Rule 46.1.

No. 04A977 (04–10180). BROWN v. CRAWFORD, DIRECTOR, MIS-
SOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir.
Application for stay of execution of sentence of death, presented
to JUSTICE THOMAS, and by him referred to the Court, denied.
Temporary stay heretofore entered is vacated. JUSTICE SOUTER
would grant the application for stay of execution.

JUSTICE STEVENS, with whom JUSTICE GINSBURG and JUSTICE
BREYER join, dissenting.

Because the State has not disputed the merits of petitioner's
challenge to the chemical protocol used by Missouri to carry out
lethal injections, I would grant the stay for the reasons stated
in Judge Bye's dissenting opinion. 408 F. 3d 1027 (CA8 2005).
Assuming the Prison Litigation Reform Act of 1995 applies, see
94 Stat. 352, as amended, 42 U. S. C. § 1997e(a), the State conceded
at oral argument before the District Court that there is no avail-
able remedy that the petitioner has failed to invoke.

No. 04–9596 (04A935). BROWN v. MISSOURI. Sup. Ct. Mo.
Application for stay of execution of sentence of death, presented
to JUSTICE THOMAS, and by him referred to the Court, denied.
Certiorari denied.